1042

No. 10–10336.  MINCEY v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–10347.  ROBERTSON v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–10386.  BRUCE v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–1023.  TABB v. BORDIER, ante, p. 937;

No. 10–1072.  ATP OIL & GAS CORP. v. DEPARTMENT OF THE INTERIOR ET AL., ante, p. 961;

No. 10–7180.  SAINT v. MASSACHUSETTS REHABILITATION COMMISSION HOME CARE ASSISTANCE PROGRAM, 562 U. S. 1147;

No. 10–7265.  RAMOS-ROMERO v. UNITED STATES, 562 U. S. 1077;

No. 10–8351.  SALLIS v. AURORA HEALTH CARE, INC., 562 U. S. 1292;

No. 10–8440.  CARLIN v. LEAHY-CARLIN, ante, p. 905;

No. 10–8509.  TRAINI v. CURTIN, WARDEN, ante, p. 906;

No. 10–8754.  ARMANT v. RADER, WARDEN, ante, p. 909;

No. 10–8764.  SMART v. REYNOLDS, WARDEN, 562 U. S. 1277;

No. 10–8822.  JOHNSON v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, ante, p. 940;

No. 10–8912.  IN RE SOTO, 562 U. S. 1269;

No. 10–8922.  NIFAS v. WETZEL, ACTING SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL., ante, p. 941;

No. 10–8933.  DECKER-WEGENER v. WEGENER ET AL., ante, p. 942;

No. 10–9036.  MCDONALD v. ILLINOIS, ante, p. 923;

No. 10–9192.  IN RE MOORE, 562 U. S. 1285;

No. 10–9242.  WILLIAMS v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ante, p. 947;

No. 10–9340.  WHEELER v. SCHMALENBERGER, WARDEN, ante, p. 947;